DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DEMITRIUS DIXON,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D21-1890

[August 19, 2021]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Bernard I. Bober, Judge; L.T. Case No. 02-15460CF10A.

Demitrius Dixon, Lake City, pro se.

No appearance for appellee.

PER CURIAM.

*Affirmed.*

WARNER, MAY and FORST, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***